UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | 2:22-cv-06972-SPG-AJR | JS-6 | Date | April 2, 2024 |
| Title | Sunset Junior, LLC, v. AMCO INSURANCE CO., et al. | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

Plaintiffs filed a stipulation of dismissal with prejudice (ECF No. 27), which is effective to close the case pursuant to FRCP 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 27-1) as moot, and all pending dates are vacated and taken off calendar.

:

Initials of Preparer   pg